**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. MORRIS, | No. C 06-5076 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOE McGRATH; et al., | |
| Defendants. | |

This action was opened in error when the court received documents in two separate envelopes from petitioner that were intended to be filed in a single action. Two different actions (Case No. C 06-5015 SI and Case No. C 06-5076 SI) were opened, although only one action should have been opened. The document in Case No. C 06-5076 SI is a copy of the document filed in Case No. C 06-5015 SI.   This action is DISMISSED because it was opened in error. The in forma pauperis application and motion for appointment of counsel are DENIED as moot. (Docket # 2, # 3.)  The clerk shall close the file.

   IT IS SO ORDERED.

Dated: December 4, 2006

_____
SUSAN ILLSTON
United States District Judge